UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KIMBERLY ERSKINE,**

      **Plaintiff,**

  v.                                      **Civil Action 2:24-cv-73**
                                                    **Judge James L. Graham**
                                                    **Magistrate Judge Chelsey M. Vascura**

**MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Defer Mediation (ECF No. 10). For good cause shown, the Motion is **GRANTED**. The mediation currently set for August 2024 is **VACATED**. A mediator has already been assigned to this case, and the parties are directed to confer with the mediator to schedule a mediation session in **OCTOBER 2024**.

      IT IS SO ORDERED.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE